# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDRICK GOINGS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 16-cv-489-SMY-RJD |
| **JOHN BALDWIN, et al.,** | ) |
| **Defendants.** | ) |

# ORDER

**YANDLE, District Judge:**

Judgment in this case was entered on August 16, 2019 (Doc. 346) and Plaintiff Frederick Goings filed a Notice of Appeal on October 3, 2019 (Doc. 355). Now pending before the Court are Plaintiff's Motion Directing Clerk of Court and for Other Relief (Doc. 369), Motion for Sanctions (Doc. 370), Motion for Extension of Time to File *In Forma Pauperis* Motion (Doc. 371), and Motion for Order of Court Directing Clerk of Court/Transmittal of the Entire Document Titled Docketing Statement (Doc. 372).

In his first Motion, Plaintiff states that he has not received Notices of Electronic Filing ("NEF") for an "Objection" filed on November 6, 2019 (Doc. 367) and a "Docketing Statement" which he submitted for filing on November 13, 2019. No document was filed in this Court by Plaintiff on November 13, 2019 and Plaintiff does not indicate what prejudice has resulted from the failure to receive the NEF for a document he filed on November 6, 2019. Accordingly, this Motion (Doc. 369) is **DENIED**.

In his second Motion, Plaintiff seeks sanctions for matters unrelated to this lawsuit. Accordingly, this Motion is also **DENIED** (Doc. 370).

Finally, the Clerk of Court is **DIRECTED** to forward Plaintiff's motions seeking relief from the Seventh Circuit Court of Appeals (Docs. 371 and 372) to the Court of Appeals. These motions are therefore **MOOT** (Docs. 371 and 372).

**IT IS SO ORDERED.**

**DATED:** December 19, 2019

**STACI M. YANDLE**
**United States District Judge**